**FILED**
FEB 1 0 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY CLERK

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TOON BOOM ANIMATION INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. SA 06-CA-0058 OG |
| | § | JURY DEMANDED |
| BAUHAUS SOFTWARE, INC. | § | |
| | § | |
| Defendant. | § | |

## AGREED MOTION FOR ENTRY OF PERMANENT INJUNCTION

COMES NOW Plaintiff Toon Boom Animation, Inc. ("Plaintiff") and Defendant Bauhaus Software, Inc. ("Defendant"), and file this Agreed Motion for Entry of Permanent Injunction. In support of their Motion, the parties respectfully show the following:

1. On January 17, 2006, Plaintiffs filed an Application for Temporary Restraining Order and Preliminary Injunction against Defendant. On that same date, this Court entered a Temporary Restraining Order against Defendant.

2. On January 25, 2006, Plaintiffs filed an Agreed Motion to Extend Temporary Restraining Order, Continue Hearing, and Set Deadline for Answer. On that same date, this Court entered an Order granting this motion. Pursuant to this order, the Temporary Restraining Order is set to expire on February 9, 2006.

3. Since the date of entry of the Temporary Restraining Order, the parties have settled all remaining disputes, and as a condition of the settlement have agreed to the terms of the attached Agreed Permanent Injunction.

4. Accordingly, Plaintiffs and Defendant request that the Court enter the attached Agreed Permanent Injunction and Final Judgment on or before February 9, 2006.



DATED: ~~January~~ February 8, 2006.

           Respectfully submitted,

           BRACEWELL & GIULIANI LLP

           By: _____
               J. Clifford Gunter III (attorney-in-charge)
               State Bar No. 08627000
               Gayle A. Boone
               State Bar No. 02628500

           South Tower Pennzoil Place
           711 Louisiana, Suite 2300
           Houston, Texas   77002
           Telephone:  (713) 223-2300
           Facsimile:  (713) 221-1212

OF COUNSEL:

William W. Brookshire, III
State Bar No. 24001793
William J. Moore
State Bar No. 24051075

Bracewell & Giuliani LLP
500 North Akard Street, Suite 4000
Dallas, Texas  75201-3387
Telephone:  (214) 758-1000
Facsimile:   (214) 758-1010

           ATTORNEYS FOR PLAINTIFF,
           TOON BOOM ANIMATION INC.

CHARLES H. SIERRA
Attorney at Law

BY: _____
Charles H. Sierra
State Bar No. 18345300

13750 San Pedro, Suite 640
San Antonio, Texas 78232
Telephone: 210-546-2122
Facsimile: 210-546-2130

ATTORNEY FOR DEFENDANT,
BAUHAUS SOFTWARE, INC.

DALLAS\277644.1